IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

PEDRO JIMENEZ, *et al.*, )
)
      Plaintiffs, )
)
v. ) Civil Action No. 1:22cv0994 (MSN/JFA)
)
J A G CONTRACTORS INC., *et al.*, )
)
      Defendants. )
)

## ORDER

At the request of the parties, the court has reviewed the Settlement Agreement and Release that has been negotiated among the seven plaintiffs in this action and the defendants. Plaintiffs brought this action asserting various claims against defendants including claims under the Fair Labor and Standards Act ("FLSA"), 29 U.S.C. §§ 201 *et. seq.* Having discussed the claims directly with counsel and the parties, and having reviewed the terms of the Settlement Agreement and Release that has been executed by the parties, the court finds that the terms of the settlement are a fair and reasonable resolution of a *bona fide* dispute under the FLSA pursuant to 29 U.S.C. § 216(b). *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). Accordingly, it is hereby

ORDERED that the Settlement Agreement and Release is approved, and this case remains pending for a determination of a reasonable attorney's fee to be paid by defendants and the costs of this action.

Entered this 22nd day of August, 2023.

                                                                                                   /s/
                                                                  John F. Anderson
                                                                  United States Magistrate Judge

                                                                 John F. Anderson
Alexandria, Virginia                                           United States Magistrate Judge