IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| PEDRO JIMENEZ, et al., Individually and On Behalf of All Others Similarly Situated, *Plaintiffs*, <br><br> v. <br><br> J A G CONTRACTORS INC., et al., *Defendants*. | 1:22-cv-00994 (MSN/JFA) |

# ORDER

This matter comes before the Court on Defendant Hensel Phelps Development, LLC's Motion to Stay (Dkt. 55). Because Defendant JAG Contractors Inc. filed a Chapter 11 bankruptcy voluntary petition on October 12, 2023 (see *In re JAG Contractors, Inc.*, United States Bankruptcy Court for the Eastern District of Virginia, Case No. 23-11650-BFK), this case must be stayed pending resolution of Defendant's bankruptcy proceedings pursuant to 11 U.S.C. § 362. Accordingly, it is hereby

**ORDERED** that the motion is **GRANTED** and the determination of a reasonable attorney's fee to be paid by defendants and the costs of this action is to be **STAYED** pending resolution of Defendant's bankruptcy proceedings; and it is further

**ORDERED** that the parties shall notify the Court when Defendant's bankruptcy proceedings have resolved.

**SO ORDERED.**

/s/
Michael S. Nachmanoff
Hon. Michael S. Nachmanoff
United States District Judge

Alexandria, Virginia
November 13, 2023