IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| PEDRO JIMENEZ, *et al.*,<br><br>*Plaintiffs,*<br>v.<br><br>J A G CONTRACTORS, INC.<br>*et al.*,<br>*Defendants.* | Civil Action No.: 1:22-cv-00994 |

## ORDER APPROVING THE PARTIES' SETTLEMENT

Having reviewed Plaintiffs' Unopposed Motion to Partially Lift Stay and for Approval of Settlement, and for good cause shown, the Court hereby Orders that:

1. The settlement presented to the Court is a fair and reasonable resolution to the *bona fide* dispute between Plaintiffs and Defendant Hensel Phelps Development LLC and is in accordance with the requirements of the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq.* and is therefore approved.

2. Defendant Hensel Phelps Development LLC is dismissed from this matter with prejudice.

3. Plaintiffs may request that Hensel Phelps Development LLC be reinstated as a Defendant if it does not timely make the payment provided for in the approved settlement agreement.

4. The approved settlement agreement does not affect any rights that Plaintiffs or their attorneys may have against the Defendants not being dismissed.

5. The Court retains jurisdiction over the approved settlement agreement and the parties to it for purposes of enforcing it.

6. The stay of this matter is lifted only for the purpose of affording the relief requested in this Order. This matter shall otherwise continue to be stayed.

IT IS SO ORDERED this 11th day of March, 2024.

/s/
Michael S. Nachmanoff
United States District Judge